DONNA S. TAMANAHA,
Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON,
Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
SARA L. KISTLER

Signed and Filed: April 28, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 10-30804 DM 11
)
**PERSONALITY HOTELS III, LLC,** ) Chapter 11
)
)
Debtor. )
)
_____ )

## ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

The matter of the Court's Order To Show Cause Re Chapter 11 Trustee came on for hearing on April 28, 2010 at 9:30 a.m. in the above captioned case before the Honorable Dennis Montali. Edward C. Singer appeared for the Debtor, Julie M. Glosson appeared for the U.S. Trustee, Michael Lubic for secured creditor Centerline, Louis J. Cisz, III appeared as proposed counsel for the Official Committee of Unsecured Creditors, and other appearances as stated on the record.

For the reasons stated on the record, **IT IS ORDERED,** a chapter 11 trustee be appointed under 11 U.S.C. § 1104(a).

***END OF ORDER***

- 1 -

COURT SERVICE LIST

Edward C. Singer
Lembi Group Legal Department
2099 Market Street
San Francisco, CA 94114

Personality Hotels III, LLC
440 Geary Street
San Francisco, CA 94102

Robert Simpson
Chief Financial Officer
440 Geary Street
San Francisco, CA 94102

Case: 10-30804    Doc# 50    Filed: 04/28/10    Entered: 04/29/10 14:31:57    Page 2 of 2