Signed and Filed: May 05, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1. DONNA S. TAMANAHA,
   Assistant U.S. Trustee (WI#1013199)
2. JULIE M. GLOSSON,
   Trial Attorney (#230709)
3. U.S. Department of Justice
   Office of the United States Trustee
4. 235 Pine Street, Suite 700
   San Francisco, CA 94104
5. Telephone: (415) 705-3333
   Facsimile: (415) 705-3379
6. Email: julie.m.glosson@usdoj.gov

7. Attorneys for Acting United States Trustee
   SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | No. 10-30804 DM 11 |
| **PERSONALITY HOTELS III, LLC,** | ) | Chapter 11 |
| Debtor. | ) | |

### ORDER CONVERTING CASE TO CHAPTER 7 AND APPOINTMENT OF TRUSTEE

Upon the Chapter 11 Trustee's oral motion to convert case to chapter 7 made on May 4, 2010 at 11:30 a.m. before the Honorable Thomas E. Carlson, appearances as noted on the record, there being no objection, and notice being proper, **IT IS HEREBY ORDERED**

(1) The above captioned case is converted to chapter 7; and

(3) The interim trustee selected by the appointment process instituted by the United States Trustee is **E. Lynn Schoenmann**, who is to serve under the blanket bond in place in this District.

***END OF ORDER***

COURT SERVICE LIST

Case: 10-30804    Doc# 64    Filed: 05/05/10    Entered: 05/06/10 09:31:28    Page 2 of 2