**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PERSONALITY HOTELS III, LLC,<br><br>        Debtor. | Case No. 10-30804<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S INTENTION TO SELL PROPERTY OF THE ESTATE; OPPORTUNITY FOR HEARING**<br><br>(No Hearing Scheduled) |

**TO THE DEBTOR, ALL CREDITORS, INTERESTED PARTIES AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

    **PLEASE TAKE NOTICE** that E. Lynn Schoenmann ("Trustee"), Chapter 7 Trustee of the bankruptcy case of Personality Hotels III, LLC ("Debtor"), intends to sell the estate's right, title and interest in and to certain property of the estate to Max's On The Square, Inc. ("Max's"). This Notice summarizes the transaction and the procedure for objection and/or overbidding.

    On or about March 10, 2010, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. This case was converted to Chapter 7 on May 4, 2010. The Trustee is the duly appointed, qualified and acting Chapter 7 Trustee of the Debtor's bankruptcy estate. The Trustee has among other things abandoned certain assets of the estate and stipulated to relief from stay to permit a secured creditor to foreclose on substantially all of the Debtor's assets.

    Among the Debtor's remaining assets is an interest in a Type 47 and Type 66 liquor license ("License"). In December of 2007, Max's and the Debtor jointly purchased the License. The Trustee has been advised that the Debtor paid $15,000 toward a total purchase price of $100,000 for the License. Max's has offered to purchase the estate's right, title and interest in and to the License for $15,000, subject to Court approval.

    The Trustee believes that the offer is acceptable and should be approved by this Court as it is in the best interest of creditors of the estate. The Trustee believes that the price offered is adequate in light of the estate's partial interest in the License. Moreover, because Max's is a co-owner of the License, the mechanism to transfer the estate's interest in the License is not complicated and the transaction can occur very quickly and efficiently. The Trustee now intends to seek a Court order approving the transaction as described above.

    **PLEASE TAKE FURTHER NOTICE** that the Trustee intends to apply to the above-entitled Court for an order approving this sale. Bankruptcy Local Rule 9014 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed in the event that you have an objection. Any such objection to the entry of an order approving the proposed sale, and/or a request for hearing on the matter, must be filed and served within twenty-one (21) days of the date of this Notice. Objections should be filed with the United States Bankruptcy Court, 235 Pine Street, 19th Floor, California 94104, and a copy of the objection

should be served on the Office of the United States Trustee and counsel for the Trustee at the address shown below. The Office of the United States Trustee is located at 235 Pine Street, Suite 700, San Francisco, California 94104.

Objections not timely filed and served may be deemed waived. In the event that no objection and/or request for hearing is filed within twenty-one (21) days of the date of this Notice, the Trustee will seek an order approving this sale without further notice or hearing. For further information regarding the foregoing, please contact counsel for the Trustee at the address shown below. A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position. In the event that a timely objection is filed and served as directed herein, the undersigned will obtain a hearing date and will serve notice on the objecting party of such hearing.

Dated: June 30, 2010

/s/ Aron M. Oliner (#152373)
ARON M. OLINER
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com
Attorneys for E. Lynn Schoenmann, Chapter 7 Trustee