MICHAEL B. LUBIC (SBN 122591)
MICHAEL J. HEYMAN (SBN 218147)
K&L GATES LLP
10100 Santa Monica Boulevard, Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Email: michael.lubic@klgates.com
michael.heyman@klgates.com

Attorneys for CRESS CRE CDO – 386 Geary Street LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | Case No. 10-30804 |
|---|---|
| Personality Hotels III, LLC, | Chapter 7 |
| Debtor. | OBJECTION AND REQUEST FOR HEARING |
| | (no hearing scheduled) |

CRESS CRE CDO – 386 Geary Street LLC ("CRESS Geary") hereby submits its objection to the Notice of Trustee's Intention to Sell Property of the Estate (the "Sale Notice"), filed by the Trustee on June 30, 2010 [Docket No. 74], and requests a hearing in this matter.

CRESS Geary is the owner of the property located at 386 Geary Street commonly known as the Hotel Frank. The Hotel Frank was, until recently, owned by the above-captioned debtor and was sold at a nonjudicial foreclosure sale on May 17, 2010.

Pursuant to the Sale Notice, the Trustee seeks to sell a partial interest in a liquor license (the "License"). CRESS Geary is a potential purchaser of the Trustee's interest in the License. The Sale Notice does not contain bid procedures, so it is not clear how CRESS Geary is to submit an overbid should it choose to do so. As a result, CRESS Geary requests a hearing so that the Court may establish appropriate bid procedures.

CRESS Geary needs sufficient time to complete its due diligence with respect to the License and requests that a hearing be set no earlier than August 9, 2010.

K&L GATES LLP

Dated: July 20, 2010   By: /s/ *Michael J. Heyman*
   Michael B. Lubic
   Michael J. Heyman
   Attorneys for CRESS CRE CDO – 386 Geary Street LLC

LA-414408 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **K&L GATES LLP**, 10100 Santa Monica Boulevard, Seventh Floor, Los Angeles, California 90067.

On **July 20, 2010**, I served the foregoing document(s):

**OBJECTION AND REQUEST FOR HEARING**

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed and sent as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with first-class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ **BY FEDEX:** I deposited such envelope in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

☐ **BY FACSIMILE:** I caused the document(s) listed above to be transmitted via facsimile on this date from fax number 310.552.5001 to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **July 20, 2010**, at Los Angeles, California.

*Carrie Hess*

Carrie Hess

1

PROOF OF SERVICE

# SERVICE LIST
## IN RE PERSONALITY HOTELS III, LLC.
### Case No. 10-30804

**OFFICE OF THE UNITED STATES TRUSTEE**
Donna S. Tamanaha
Julie M. Glosson
U.S. Department of Justice
235 Pine Street, Suite 700
San Francisco, CA 94104

**CHAPTER 7 TRUSTEE**
E. Lynn Schoenmann
800 Powell Street
San Francisco, CA 94108

**COUNSEL FOR CHAPTER 7 TRUSTEE**
Aron M. Oliner
Geoffrey A. Heaton
Duane Morris LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

**COUNSEL FOR MAX'S ON THE SQUARE, INC.**
Iain A. MacDonald
MACDONALD & ASSOCIATES
221 Sansome Street
San Francisco, CA 94104-2323

Edward C. Singer
Lembi Group Legal Department
2099 Market Street
San Francisco, CA 94114