FRANK. E. LEMBI
2099 Market Street
San Francisco, CA 94114

In Pro Per

# FILED

ᴗ JUL 2 1 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Personality Hotels III, LLC<br><br>　　　Debtor | Case No. 10-30804<br><br>Chapter 7<br><br>**OBJECTION TO SELL PROPERTY AND DECLARATION IN SUPPORT OF OBJECTION** |

I, Frank E. Lembi, declare:

1.　　I am an officer and managing member of FEL, LLC.

2.　　FEL, LLC is the owner of liquor license number 464345.

3.　　To the extent that the Chapter 7 Trustee is attempting to sell interests in liquor license number 464345, I object on the grounds that the license is not the property of the bankruptcy estate of Personality Hotels III, LLC.

4.　　Attached as Exhibit 1 is a copy of the status of license number 464345 as reported by the California Department of Alcoholic Beverage Control License Query System Summary website as of July 14, 2010 showing FEL, LLC as the owner of the license.

//

1        I declare under penalty of perjury under the law of the State of California that the foregoing is

2    true and correct.

3        Executed on July 21, 2010 at San Francisco, California

4

5    Frank E. Lembi

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF FRANK E. LEMBI

-2-

# EXHIBIT 1

## DECLARATION OF MAILING

The undersigned, at San Francisco, California, declares to be true, under penalty of perjury, that the undersigned is a citizen of the United States, over the age of eighteen, not a party to the within action; business address and place of employment are 2099 Market Street, San Francisco, California; the undersigned executed this declaration and served a true copy of the foregoing documents* by mail by placing the same in an envelope, sealing fully, prepaying first class postage thereon, and depositing said envelope in the United States mail at San Francisco, California, addressed as follows:

Office of the United States Trustee
235 Pine Street, Suite 700 San Francisco, CA 94101

Aron M. Oliner
One Market Plaza
Spear Tower, Suite 2000
San Francisco, CA 94105-3000

On July 21, 2010

Frank E. Lembi

* Objection to Sale and Declaration